**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Cesar G.B.,

Petitioner,

v.

Blanche, et al.,

Respondents.

Case No. 26-CV-3604 (MJD/DTS)

**ORDER GRANTING VOLUNTARY DISMISSAL**

---

This matter is before the Court on the parties' joint stipulation requesting that Court dismiss this matter without prejudice. [Doc. 8.]

Based on the stipulation of the parties, **IT IS HEREBY ORDERED THAT** Petitioner's Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 16, 2026

s/Michael J. Davis
Michael J. Davis
United States District Court